UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRUCE WILLIAMS,
    Petitioner,

vs.                              Case No.:  3:21cv185/LAC/EMT

SEC'Y FLA. DEP'T OF CORR.,
    Respondent.
_____/

## **ORDER**

    The chief magistrate judge issued a Report and Recommendation on July 2, 2021 (ECF No. 12).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (ECF No. 9) is **GRANTED**; and the petition for writ of habeas corpus (ECF No. 1) is **DISMISSED with prejudice** as untimely.

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 5th day of August, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:21cv185/LAC/EMT